**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BARBARA COLON,

                              Plaintiff,                  24 **CIVIL** 9238 (KHP)

      -v-                                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 11, 2025, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York

      August 12, 2025

                                                                   **TAMMI M. HELLWIG**
                                                                     **Clerk of Court**

                                **BY:**

                                                                     **Deputy Clerk**