UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARBARA COLON,

               Plaintiff,

      v.                                 Civil Action No. 1:24-cv-09238-KHP

COMMISSIONER OF SOCIAL SECURITY,
               Defendant
------------------------------------------------------------X

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**IT IS HEREBY STIPULATED** by and between Candace Brown Casey, Special Assistant United States Attorney, for Jay Clayton, the United States Attorney for the Southern District of New York, attorneys for the Defendant, and Daniel Berger, Esq., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$9,067.20,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. *See* ECF No. 22-24 (Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act). The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: November 25, 2025

                                        JAY CLAYTON
                                        United States Attorney
                                        Southern District of New York
                                        *Attorney for Defendant*

                                        By: */s/ Candace Brown Casey*
                                        Candace Brown Casey
                                        Special Assistant United States Attorney
                                        Program Litigation 2
                                        Social Security Administration
                                        Law & Policy
                                        Attn: Program Litigation 2

6401 Security Boulevard
Baltimore MD 21235-6401
(212) 264-2438
candace.m.brown.casey@ssa.gov

DANIEL BERGER, ESQ.
*Attorney for Plaintiff*

*/s/ Daniel Berger*
NY Disability, LLC.
1000 Grand Concourse, Suite 1-A
Bronx, NY 10451
(718) 588-4715
Fax: (718) 588-7319
danielbergeresq@aol.com

The Clerk is respectfully directed to terminate the motion at ECF No. 22, which is hereby **denied as moot**.

**SO ORDERED:**

_____
Hon. Katharine H. Parker
United States Magistrate Judge

DATED:  November 26, 2025